## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

IN RE: 11-37628
DEBTOR(S):
DARKO SEGOTA

*BSS Final Report - UST Form 101-13-FR-S*

## NOTICE OF STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT and CERTIFICATE OF MAILING

The Debtors in the above-captioned case have made their final Chapter 13 payment, and the Trustee has disbursed all such funds to claimants. Accordingly, the Trustee hereby files the attached Final Report and Account summarizing the administration of the case and giving an accounting of all receipts and disbursements under the confirmed plan.

*ABSENT A TIMELY FILED WRITTEN OBJECTION TO THE*
*TRUSTEE'S FINAL REPORT AND ACCOUNT, THE CASE*
*MAY PROCEED TO DISCHARGE AND CLOSURE.*

Any objection to the Trustee's Final Report and Account must be (1) in writing; (2) filed with the bankruptcy court within 30 days after the date of service set forth below and served on the Trustee; and (3) noticed for a hearing to be held no later than 30 days after the filing such objection. If no objections are filed within such 30-day period, the Trustee's Final Report and Account will be deemed approved by the Court, and under Bankruptcy Rule 5009 the estate will be presumed to be fully administered. If the Debtor otherwise qualifies, the bankruptcy court may (if eligible) grant the discharge and close the case.

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2015,     the foregoing Trustee's Final Report and Account (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on July 31, 2015,     I caused to be served a true and correct copy of the foregoing Trustee's Final Report and Account (Chapter 13) as follows:

Mail Service via the Noticing Center- By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Center's Certificate of Service found below:

/s/Kevin R. Anderson, Trustee, Office of the Standing Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>DARKO SEGOTA<br><br>Debtor(s) | Case No. 11-37628 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kevin Anderson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/15/2011.

2) The plan was confirmed on 07/17/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/27/2012, 02/01/2013, 01/14/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2012.

5) The case was completed on 06/12/2015.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,500.00.

10) Amount of unsecured claims discharged without payment: $9,934.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $51,160.00 |
| Less amount refunded to debtor | $175.02 |

**NET RECEIPTS:**      **$50,984.98**

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,993.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$6,493.55**

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Atiracredit Master Card | Unsecured | 9,464.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ear Nose & Throat Surgical | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Infiniti Financial Services | Secured | 29,000.00 | 21,350.00 | 21,350.00 | 21,350.00 | 2,641.43 |
| JP MORGAN CHASE BANK NA | Secured | 308,609.00 | 20,500.00 | 20,500.00 | 20,500.00 | 0.00 |
| MefLife Home Loans | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | 3,343.00 | 3,153.76 | 0.00 | 0.00 | 0.00 |
| RC WILLEY FINANCIAL SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Security Service Credit Union | Secured | 70,094.97 | NA | NA | 0.00 | 0.00 |
| UTAH STATE TAX COMMISSION | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $20,500.00 | $20,500.00 | $0.00 |
| Debt Secured by Vehicle | $21,350.00 | $21,350.00 | $2,641.43 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$41,850.00** | **$41,850.00** | **$2,641.43** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,493.55 |
| Disbursements to Creditors | $44,491.43 |
| **TOTAL DISBURSEMENTS:** | **$50,984.98** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/29/2015       By: /s/ Kevin Anderson
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

United States Bankruptcy Court
District of Utah

In re:                                                                      Case No. 11-37628
DARKO SEGOTA                                                                Chapter 13
        Debtor

## CERTIFICATE OF SERVICE

District/off: 1088-c          User: 563              Page 1 of 2           Date Rcvd: Jul 30, 2015
                              Form ID: USTFRA101     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Jul 31, 2015.
```
db         +DARKO SEGOTA,    7432 SOUTH MAGIC VIEW CIRCLE,    SALT LAKE CITY UT 84121-5418
21         +Atiracredit Master Card,    P.O. Box 10415,   Des Moines IA 50306-0415
4           CAPITAL ONE BK,    PO BOX 60599,   CITY OF INDUSTRY CA 91716-0599
22         +Ear Nose & Throat Surgical,    Center of Utah,   22 5 900 E Suite 2,
             Salt Lake City UT 84102-2308
23          Infiniti Financial Services,    POB 660366,   Dallas TX 75266-0366
16         +Intermountain Healthcare Alta View,    P.O 410400,   Salt Lake City UT 84141-0400
7          +Lundberg & Assoc.,    3269 So. Main St. #100,   Salt Lake City UT 84115-3773
24         +MefLife Home Loans,    4000 Horizon Way Suite 100,    Trving Texas 75063-2260
14         +Met Life Home Loans,    Po Box 630664,   Irving TX 75063-0133
25         +Mt. Medical Physicial Specialists,    P.O. Box 29684,   Phoenix AZ 85038-9684
17         +Nissan Motor Acceptance Corporation,    c/o Brigham L. Harman,
             Stoel Rives LLP 201 S Main Street, Suite 1100,    Salt Lake City Utah 84111-2208
11         +OAK HARBOR CAPITAL LLC,    C/O WEINSTEIN & RILEY, P.S.,    PO BOX 3978,   SEATTLE WA 98124-3978
2           RC WILLEY FINANCIAL SERVICES,    ATTN BANKRUPTCY DEPT.,    PO BOX 65320,
             SALT LAKE CITY UT 84165-0320
13         +RC WILLEY HOME FURNISHINGS,    PO BOX 410429,   SALT LAKE CITY UT 84141-0429
15          RCS,   P.O. Box 361230,    Birmingham AL 35236-1230
8          +SNOW, CHRISTENSEN & MARTINEAU,    10 EXCHANGE PLACE #1100,    SLC UT 84111-2824
27         +Security Service Credit Union,    PO Box 691510,   San Antonio TX 78269-1510
18         +Security Services Federal,    Credit Union,   P.O. Box 691510 16211 La Cantera Parkway,
             San Antonio TX 78269-1510
26          St Marks,   P.O. Box740757,    Cincinnati OH 45274-0757
12          UNIFIED FIRE AUTHORITY,    P.O. BOX 27768,   SALT LAKE CITY UT 84127-0768
1          +UTAH STATE TAX COMMISSION,    210 NORTH 1950 WEST,   SALT LAKE CITY UT 84134-9000
19          University Health Care Billing,    P.O. Box 30465,   Salt Lake City UT 84130-0465
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Jul 31, 2015**            **Signature:**   _Joseph Speetjens_

```
District/off: 1088-c          User: 563              Page 2 of 2           Date Rcvd: Jul 30, 2015
                              Form ID: USTFRA101     Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2015 at the address(es) listed below:
nef         BRIAN W. STEFFENSEN    STEFFENSEN LAW OFFICE
nef         Kevin R. Anderson tr   405 South Main Street
nef         Kevin R. Anderson tr   405 South Main Street
nef         United States Trustee  Ken Garff Bldg.
nef         United States Trustee  Ken Garff Bldg.
                                                                                          TOTAL: 5
```